# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 785 MAL 2018

            Respondent              :

                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court

              v.                      :

                                       :

DASHAWN L. SMITH,                  :

                                  :

              Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.